```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                           Case No. 09-cr-144-PB

Jeremian S. Murphy

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 5, 2010, citing the need for additional time to finalize a negotiated plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 5, 2010 to February 2, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 17, 2009 final pretrial conference is continued to January 25, 2010 at 11:30 a.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 16, 2009

cc: Jonathan Saxe, Esq.
Helen Fitzgibbon, Esq.
United States Probation
United States Marshal