**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

     **v.**                                   Case No. 09-cr-144-PB

**Jeremian S. Murphy**

**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for February 2, 2010, citing the need for additional time to resolve pretrial motions, seek the services of a forensic expert, and engage in further plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 2, 2010 to April 6, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 25, 2010 final pretrial conference is continued to March 23, 2010 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 25, 2010

cc:   Jonathan Saxe, Esq.
      Helen Fitzgibbon, Esq.
      United States Probation
      United States Marshal

2